UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

VESTAL VENTURE CAPITAL,

                        Plaintiff,

        -against-

PRIDE BUSINESS DEVELOPMENT HOLDINGS, INC.
and MICHAEL M. MARKOW,

                        Defendants.

------------------------------------------------------------X

07 Civ. 9936

**RULE 7.1 STATEMENT**

*[Filed stamp: NOV 0 9 2007 U.S.D.C. S.D.N.Y. CASHIERS]*

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff certifies that Vestal Venture Capital ("Vestal") is a New York general partnership, which is not publicly held or owned by a publicly held corporation. Nor does Vestal own any publicly held corporation.

Dated: New York, New York
       November 8, 2007

                                              **BLANK ROME LLP**
                                              *Attorneys for Plaintiff Vestal Venture Capital*

                           By: _____
                                              Daniel J. Brown (DB 7458)
                                              The Chrysler Building
                                              405 Lexington Avenue
                                              New York, New York 10174
                                              (212)885-5000

                                              Kevin P. Mason, Esq.
                                              *Of Counsel*
                                              **BLANK ROME LLP**
                                              1200 N. Federal Highway, Suite 417
                                              Boca Raton, Florida 33432
                                              (561) 417-8100

TO:  Pride Business Development Holdings, Inc.
     1230 Calle Suerte
     Camarillo, California  93012-8053

     Michael M. Markow
     2533 North Carson Street
     Carson City, Nevada  89706-0242

123052.00102/6589595v.1