| | |
|---|---|
| DANIEL J. BROWN, ESQ.       SBN: DB 7458<br>BLANK ROME LLP, COUNSELORS AT LAW<br>405 LEXINGTON AVENUE   NEW YORK, NY 10174<br><br>TELEPHONE NO.: (212) 885-5548   FAX NO. (Optional): (917) 332-3824<br>E-MAIL ADDRESS (Optional): | FOR COURT USE ONLY |

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE: NEW YORK, NY
BRANCH NAME: SOUTHERN DISTRICT OF NEW YORK

PLAINTIFF (name each): VESTAL VENTURE CAPITAL
DEFENDANT (name each): PRIDE BUSINESS DEVELOPMENT HOLDINGS

CASE NUMBER: 07 CIV 9936

**PROOF OF SERVICE**

| HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.:<br>123052-0102 |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES** OF THE:

Summons In A Civil Action; Complaint; Rule 7.1 Statement; Individual Practices Of Judge Denny Chin; Consent To Proceed Before United States Magistrate Judge; 3rd Amended Instructions For Filing An Electronic Case Or Appeal; Guidelines For Electronic Case Filing; Individual Practices Of Magistrate Judge Maas with Blank Consent To Proceed Before United States Magistrate Judge

ENTITY SERVED: PRIDE BUSINESS DEVELOPMENT HOLDINGS, INC.

PERSON SERVED: ARI L. MARKOW - AGENT FOR SERVICE

PERSON LEFT WITH: ALLISON TEPPER - SECRETARY

DATE & TIME OF DELIVERY: November 20, 2007
10:38 am

ADDRESS, CITY, AND STATE: 1230 CALLE SUERTE
CAMARILLO, CA 93012
(BUSINESS)

MANNER OF SERVICE:
Substituted Service - By leaving the copies with or in the presence of ALLISON TEPPER a person at least 18 years of age apparently in charge at the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I thereafter mailed the copies to the person served, addressed as shown in above address, by first-class mail, postage prepaid, on November 20, 2007 from CAMARILLO.

Fee for Service: 90.00
County: **Ventura**
Registration No.: 304
Janney and Janney Attorney Service
155 Granada St.
Camarillo, CA 93010
(805) 388-3136

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 7, 2007.

Signature: _____
Nancy Perry

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]                                                                 Order#: VC16641/GProof4

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>DANIEL J. BROWN, ESQ.   SBN: DB 7458<br>BLANK ROME LLP, COUNSELORS AT LAW<br>405 LEXINGTON AVENUE   NEW YORK, NY 10174<br>TELEPHONE NO.: **(212) 885-5548**   FAX NO.: **(917) 332-3824**<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **plaintiff** | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK**<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: **NEW YORK, NY**<br>BRANCH NAME: **SOUTHERN DISTRICT OF NEW YORK** | |
| PLAINTIFF/PETITIONER: **VESTAL VENTURE CAPITAL**<br>DEFENDANT/RESPONDENT: **PRIDE BUSINESS DEVELOPMENT HOLDINGS** | |
| **DECLARATION OF DILIGENCE** | CASE NUMBER:<br>**07 CIV 9936** |

I received the within process on November 13, 2007 and that after due and diligent effort I have not been able to personally serve said person. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

    Servee:  **MICHAEL M. MARKOW**

    Documents:  **See attached Document List**

As enumerated below:

**11/13/2007 -- 04:00 pm**         1230 CALLE SUERTE
                                    CAMARILLO, CA 93012
    BUSINESS DOOR LOCKED, NO RESPONSE. 2 CARS IN PARKING LOT. LIGHTS ON INSIDE.

**11/14/2007 -- 10:40 am**         1230 CALLE SUERTE
                                    CAMARILLO, CA 93012
    BUSINESS DOOR LOCKED. NO RESPONSE TO KNOCKING.

**11/15/2007 -- 02:15 pm**         1230 CALLE SUERTE
                                    CAMARILLO, CA 93012
    BUSINESS DOOR LOCKED. NO RESPONSE TO KNOCKING.

**11/16/2007 -- 12:10 pm**         1230 CALLE SUERTE
                                    CAMARILLO, CA 93012
    BUSINESS DOOR LOCKED. NO RESPONSE TO KNOCKING.

**11/19/2007 -- 02:20 pm**         1230 CALLE SUERTE
                                    CAMARILLO, CA 93012
    BUSINESS DOOR LOCKED. NO RESPONSE TO KNOCKING.

**Continued on Next Page**



County: **Ventura**
Registration No.: **304**
**Janney and Janney Attorney Service**
**155 Granada St.**
**Camarillo, CA 93010**
**(805) 388-3136**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 7, 2007** at **Camarillo,** California.

Signature: _____
Nancy Perry

**DECLARATION OF DILIGENCE**

Order#: VC16642/DilFormat.mdl

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | | FOR COURT USE ONLY |
|---|---|---|
| DANIEL J. BROWN, ESQ.<br>BLANK ROME LLP, COUNSELORS AT LAW<br>405 LEXINGTON AVENUE   NEW YORK, NY 10174 | SBN: DB 7458 | |
| TELEPHONE NO.: (212) 885-5548 | FAX NO.: (917) 332-3824 | |
| E-MAIL ADDRESS (Optional): | | |
| ATTORNEY FOR (Name): plaintiff | | |

| UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK |
|---|
| STREET ADDRESS: |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: NEW YORK, NY |
| BRANCH NAME: SOUTHERN DISTRICT OF NEW YORK |

| PLAINTIFF/PETITIONER: VESTAL VENTURE CAPITAL | |
|---|---|
| DEFENDANT/RESPONDENT: PRIDE BUSINESS DEVELOPMENT HOLDINGS | |
| **DECLARATION OF DILIGENCE** | CASE NUMBER:<br>07 CIV 9936 |

I received the within process on November 13, 2007 and that after due and diligent effort I have not been able to personally serve said person. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

    Servee: **MICHAEL M. MARKOW**

    Documents: **See attached Document List**

As enumerated below:

**Continued from Previous Page**

11/20/2007 -- 10:38 am      1230 CALLE SUERTE
                                    CAMARILLO, CA 93012

    DEFENDANT NOT IN.

County: **Ventura**
Registration No.: **304**
**Janney and Janney Attorney Service**
**155 Granada St.**
**Camarillo, CA 93010**
**(805) 388-3136**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 7, 2007** at **Camarillo**, California.

Signature: _____
                                  Nancy Perry

**DECLARATION OF DILIGENCE**

Order#: VC16642/DilFormat.mdl

Janney and Janney Attorney Service
155 Granada St., H
Camarillo, CA 93010
Phone: 8053883136   Fax: 8053888181

## DOCUMENTS SERVED

**CLIENT:** BLANK ROME LLP, COUNSELORS AT LAW
**CLIENT FILE #:** 123052-00102                              **DATE:**
**SUBJECT:** MICHAEL M. MARKOW
**SERVED:** ALLISON TEPPER - SECRETARY

Summons In A Civil Action; Complaint; Rule 7.1 Statement; Individual Practices Of Judge Denny Chin; Consent To Proceed Before United States Magistrate Judge; 3rd Amended Instructions For Filing An Electronic Case Or Appeal; Guidelines For Electronic Case Filing; Individual Practices Of Magistrate Judge Maas with Blank Consent To Proceed Before United States Magistrate Judge

Order#: VC16642/DocAtt